Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

BILLY KENDALL WILLIAMS & AUDRIE MAE WILLIAMS

CASE NO. 09-70412-HDH-13

| AKA1: | AKA2: |
|---|---|
| DBA1: | DBA2: |
| SS#1: xxx-xx- 6726 | SS#2: xxx-xx- 7867 |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date: 9/24/2009   Orig. Time: 11:00 AM   Reset Date:   Reset Time:

B. Meeting Results: Adjourned

C. Debtor(s): Debtor 1 Appeared   Debtor 2 Appeared

D. Attorney for Debtor(s): Appeared

E. Creditor Appearance: None

F. Amount Paid to the Trustee as of   9/25/2009   $270.00   First Payment Due Date: 9/18/2009

G. File Trustee's Motion to Dismiss because

H. B22C Information:   B22C Form is: Complete

   Budgeted Income: $1,940.00   Expense: $1,670.00   Surplus: $270.00

   Plan Payment: $270.00 Monthly   Plan Term(Months): 36

I. Value of Non-Exempt Property:   $50.00   Proposed Amount to Unsecured Creditors: $0.00

   X   Objection to Exemption of: (a)(9) used to exempt 3 vehicles for 2 people & a vehicle with no equity

   ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

   ___ Object to Invoke Stay Pleading

   ___ Case Converted from Chapter 7, Bar Date Set: 12/23/2009   Date Converted from Chapter 7:

J. Required Information: Good

K. Business Information:

L. Object to Confirmation: Yes

   Exemptions: (a)(9) used to exempt 3 vehicles for 2 people
   Exemptions: (a)(9) used to exempt a vehicle with no equity
   Debt servicing 3rd vehicle at expense of u/s creditors

M. Financial Management Class:   Debtor 1 Appeared   Debtor 2 Appeared

N. Eligibility:

   Certificate of Credit Counseling Filed: Both Debtor 1 and Debtor 2

   Credit Counseling Provider Approved:   Yes

   Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):   No

O. Domestic Support Obligation:   $0.00   Current:   Arrears: $0.00

   Affidavit and Disclosure of Domestic Support Obligations Received: Yes

P. Remarks:   Questions
   -Exempting 3 vehicles for 2 people.
   In case one broke down, they are not new cars.
   -Exempting a vehicle that has no equity.
      -Remove 95 DeVille from Schedule C and we will have no objection to exemptions.
   -Sch I fails to include all income
      -Where are other deposits for acct:9931 coming from? $4,180 from 2/1-7/8/09.
   Gambling winnings
      -What was other income in 06-08 tax returns?
      -$34,500 - $79,620 per year?
   Gambling
      -Mr. or Mrs. employed?

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

No neither one.
   -What is relationship to Cleta Williams listed on Mr Williams bank account?
Deceased mother, was SS purposes.
    -3 vehicles for 2 people of which 95 Deville is debt serviced.
      -Why are 3 vehicles necessary for plan?
In case one brakes down
Objections
   -Exemptions: (a)(9) used to exempt 3 vehicles for 2 people
   -Exemptions: (a)(9) used to exempt a vehicle with no equity
   -Debt servicing 3rd vehicle at expense of u/s creditors

Dated:    9/24/2009

/s/ Walter O'Cheskey
Standing Bankruptcy Trustee
By:    Brent Hagan

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | | 09-70412 | | | |
| **Debtor:** | | Williams | | | |
| **Attorney:** | | MJW | | | |
| **Presiding Officer:** | | Brent Hagan | | | |
| **Calculation Date:** | | | | | 9/23/2009 13:15 |

| Domestic Support   Input name from Plan | Arrears  Enter amount from Plan | Int. Rate  Enter from Plan | Term  Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount  Enter amount from Plan | Int. Rate  Enter from Plan | Term  Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Citifinancial | $2,590.00 | 10.00% | 25 | $115.20 | $2,879.89 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor   Input name from Plan | Value/Claim Amount  Enter amount from Plan | | Term  Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| | | |
|---|---|---|
| **Attorney Fees**   Paid Through the Plan | $2,719.00 | $2,719.00 |
| **Noticing Fees** | $90.24 | $90.24 |
| **Clerk Filing Fees** | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Hardacre Minimum** | $0.00 | <-------------- | |
| Chapter 7 Minimum (Gross) | $50.00 | | |
|   Less Trustee Fees | $5.00 | | |
|   Less Attorney Fees | $2,719.00 | | |
|   Less Noticing Fees | $90.24 | Greater Of --------> | $0.00 |
|   Less Clerk Filing Fees | $0.00 | | |
|   Less Scheduled Priority Claims | $0.00 | | |
|   Less Other (Explain Below) | $0.00 | | |
| **Chapter 7 Minimum (Net)** | $0.00 | <-------------- | |

| | |
|---|---|
| **Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum)** | $28,034.13 |
| **Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee)** | $6,311.23 |
| **Debtor Plan Base (Monthly Payment X Term)** | $9,720.00 |
| **Surplus (Debtor Plan Base - Calculated Base)** | **$3,408.77** |

**Comments:**

| | |
|---|---|
| **Case Number:** | 0 |
| **Debtor:** | 0 |
| **Attorney:** | 0 |
| **Presiding Officer:** | 0 |
| **Calculation Date:** | **9/23/2009 13:15** |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | $0.00 |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | $0.00 |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 60 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**